# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**THEREISTA F. STEPHENS**

    vs.                     **CASE NUMBER: 6:08-cv-400**
                                                         (GHL)

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that the Commissioner's decision is AFFIRMED and Plaintiff's Complaint is DISMISSED.  This case is hereby closed.

All of the above pursuant to the order of the Honorable Magistrate Judge George H. Lowe, dated the 25th day of June, 2009.

DATED: June 25, 2009

*Lawrence K. Baerman*
Clerk of Court

                                       s/
                                  Melissa Ennis
                                  Deputy Clerk